IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIAM CARL ROGERS, JR.**                                             **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 3:18CV82-RP**

**COMMISSIONER OF SOCIAL SECURITY**                      **DEFENDANT**

### ORDER DENYING MOTION FOR LEAVE
### TO ATTEND ORAL ARGUMENT VIA TELEPHONE

Plaintiff's *pro hac vice* counsel seeks leave to attend oral argument via telephone rather than in person. Docket 16. Plaintiff's local counsel, Frank Garrison, plans to attend the hearing in person. Plaintiff's motion does not provide any explanation, but the court assumes that the attorneys are trying to save expenses and time.

The court recognizes the need to avoid increased litigation costs and the unnecessary expenditure of resources, particularly given that plaintiff's *pro hac vice* counsel resides in Florida. However, the undersigned has found that oral argument at hearings is much more effective and helpful to the court when made in person than when made by telephone. Accordingly, it is

**ORDERED**

That the motion for leave to attend oral argument via telephone is DENIED. The court will not require *pro hac vice* counsel to attend the hearing so long as local counsel is in attendance, and the court likewise will excuse local counsel from attending so long as *pro hac vice* counsel is in attendance, but only counsel in attendance will be permitted to argue.

1

This, the 15th day of November, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE